CALLIE WHITNEY, Appellant, v. CLINTON A. WILLIAMS and Others, Respondents. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

MARCELIN CARRIEU, Respondent, v. OIL HEATING CORPORATION OF NEW JERSEY, Appellant.* — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.; Martin, J., dissents and votes to reverse and grant new trial unless plaintiff stipulate to reduce the judgment as entered to the sum of $5,155.10, on the ground that the damages are grossly excessive.

HARRY KIPNIS, Appellant, v. W. B. HOLDING Co., INC., Respondent. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

In the Matter of the Arbitration between C. WILBERT RYAN, Appellant, and JAMES BAIRD COMPANY, INC., Respondent. — Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

FRIEDA STEFFENHAGEN and CLARA GENDREIZIG, Respondents, v. UNION INDEMNITY COMPANY, a Louisiana Corporation, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

BENJAMIN DORMAN, Respondent, v. GUY POLICASTRO and THOMAS PIAZZA, Doing Business, etc., Appellants. — Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

GUSTAVE H. RONAY, as General Guardian, etc., of IRENE BIRNBAUM, Infant, Respondent, v. THE GREATER CITY SURETY AND INDEMNITY CORPORATION, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

In the Matter of DAVID ROBSON, an Attorney. — Motion denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

H. A. METZ LABORATORIES, INC., Respondent, v. JULIUS BLACKMAN and Others, Appellants, Impleaded with Another. — Order so far as appealed from affirmed, with twenty dollars costs and disbursements; the case to be placed on the day calendar for trial on February 20, 1933. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

ISRAEL FREIDUS v. 198 WEST 134TH STREET REALTY Co., INC., and Others. — Motion for leave to appeal to the Court of Appeals and for a stay granted. Settle order on notice. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ. [See 237 App. Div. 881.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AL SILINSKY, Alias ABRAHAM SILINSKY, and Others, Appellants. — Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

In the Matter of the Application of LEWIS M. FRANKLIN to Modify the Judgment of Divorce in the Action of FAY D. FRANKLIN, Appellant, v. LEWIS M. FRANKLIN, Respondent. — Order modified by fixing the amount of alimony for the support and maintenance of the issue of the marriage at the sum of ninety dollars per month, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

* Affd., 262 N. Y. 505.